# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════
## NO. 03-05-00117-CV
═══════════════

**Atlin Construction, LLC and Robert McMaster, Appellants**

**v.**

**WW Contractors, Inc., Appellee**

═══════════════════════════════════════════════════════════════════════
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN401806, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING
═══════════════════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

On April 14, 2005, we abated this appeal because the parties agreed to submit their dispute to mediation. Appellants Atlin Construction, LLC, and Robert McMaster have now filed an unopposed motion to dismiss this appeal, stating that the parties have resolved their dispute in mediation. *See* Tex. R. App. P. 42.1(a)(1). We reinstate the case, grant the motion, and dismiss this appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   December 22, 2005